# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MON CHERI BRIDALS, LLC and MAGGIE SOTTERO DESIGNS, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CLOUDFLARE, INC., a Delaware corporation; and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | Misc. Case No. 2:21-mc-00028<br><br>Underlying Case:<br>Case No. 3:19-cv-01356-VC<br>United States District Court for the Northern District of California |

## DECLARATION OF BIANCA A. ROBERTO IN OPPOSITION TO MOTION TO COMPEL COMPLIANCE BY NON-PARTY XMLSHOP, LLC D/B/A COUNTERFEIT TECHNOLOGY WITH SUBPOENA

I, Bianca A. Roberto, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with the law firm of Stark & Stark, P.C., counsel for Plaintiffs Mon Cheri Bridals, LLC ("Mon Cheri") and Maggie Sottero Designs, LLC ("MSD") (collectively, the "Plaintiffs"), and non-party XMLShop, LLC d/b/a Counterfeit Technology ("XMLShop").

2. I submit this Declaration based upon my personal knowledge in opposition to the Motion to Compel Compliance by XMLShop, LLC d/b/a Counterfeit Technology with Subpoena (the "Motion") filed by the Defendant Cloudflare, Inc. ("Defendant").

3. A true and correct copy of the Transcript of Remote Videotaped 30(b)(6) Deposition of XMLShop, LLC d/b/a Counterfeit Technology, Suren Ter-Saakov, Tuesday, March 16, 2021, Volume I ("Vol. I") is attached hereto as Exhibit "1."

4. A true and correct copy of the Transcript of Remote Videotaped 30(b)(6) Deposition of XMLShop, LLC d/b/a Counterfeit Technology, Suren Ter-Saakov, Wednesday, March 17, 2021, Volume II ("Vol. II"), is attached hereto as Exhibit "2."

5. A true and correct copy of the Transcript of Remote Videotaped 30(b)(6)

Deposition of XMLShop, LLC d/b/a Counterfeit Technology, Suren Ter-Saakov, Thursday, March 18, 2021, Volume III ("Vol. III"), is attached hereto as Exhibit "3."

6. True and correct copies of Defendant's First Set of Requests for Production of Documents to Plaintiff Mon Cheri Bridals, LLC, and Defendant's First Set of Requests for Production of Documents to Plaintiff Maggie Sottero Designs, LLC, both dated February 7, 2020 (collectively, the 1st Requests to Plaintiffs"), are collectively attached hereto as Exhibit "4."

7. True and correct copies of Defendant's Second Set of Requests for Production of Documents to Plaintiff Mon Cheri Bridals, LLC, and Defendant's Second Set of Requests for Production of Documents to Plaintiff Maggie Sottero Designs, LLC, both dated May 8, 2020 (collectively, the 2nd Requests to Plaintiffs"), are collectively attached hereto as Exhibit "5."

8. True and correct copies of Defendant's Third Set of Requests for Production of Documents to Plaintiff Mon Cheri Bridals, LLC, and Defendant's Second Set of Requests for Production of Documents to Plaintiff Maggie Sottero Designs, LLC, both dated November 11, 2020 (collectively, the "3rd Requests to Plaintiffs"), are collectively attached hereto as Exhibit "6."

9. Plaintiffs served their respective responses to the 1st Requests to Plaintiffs on March 9, 2020, and such responses are collectively attached hereto as Exhibit "7."

10. Plaintiffs served their respective responses to the 2nd Requests to Plaintiffs on June 8, 2020, and such responses are collectively attached hereto as Exhibit "8."

11. Plaintiffs served Amended Responses to the 2nd Requests to Plaintiffs on June 24, 2020, and such response is attached hereto as Exhibit "9."

12. Plaintiffs served their respective responses to the 3rd Requests to Plaintiffs on December 10, 2020, and such responses are collectively attached hereto as Exhibit "10."

13. The Plaintiffs served 26,502 documents in response to the 1st Requests to Plaintiffs, 2nd Requests to Plaintiffs, and 3rd Requests to Plaintiffs (collectively, the "Requests to Plaintiffs").

14. On February 11, 2021, after multiple meet and confer discussions, counsel for XMLShop confirmed to Defendant's counsel that "Counterfeit Technology performed a diligent search for the categories of documents requested and do not have any non-privileged responsive documents as indicated in my January 4, 2021 letter, including for Category 13 … Moreover, I can confirm Counterfeit Technology does not have any responsive documents for Category 37 or Category 50." A true and correct copy of the letter, dated February 11, 2021, is attached hereto as Exhibit "11."

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Bianca A. Roberto*
BIANCA A. ROBERTO

Dated:  April 7, 2021